UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 AUG 23 A 9: 50

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: CR205-36 |
| ) | |
| EDMUND PENDLET POWELL ) | |

## ORDER

In accordance with the Court's instructions at the arraignment in this case, all pretrial motions are to be filed within 10 days of the date of arraignment. The opposing party shall have 10 days to respond to any motion.

Pretrial motions received by the Clerk outside the required period shall not be filed without leave of Court. Untimely motions will not be considered absent a showing of good cause for failure to file within the time set by the Court.

Counsel are instructed to file all requests to charge and proposed voir dire questions at least seven (7) days before jury selection.

**SO ORDERED** this 23rd day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CASE NO.:   EDMUND PENDLET POWELL CR205-36

DATE SERVED:   August 23, 2005

BY:   Lee G. LaVictoire

Magistrate Judge Graham
Minutes

___✓___ Hand delivered to the following in open court.

Jeffrey Buerstatte, AUSA
Stacey Carroll, Esq.
Edmund P. Powell