IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV -1  A 4: 03

CLERK F. LaVictoire
SO. DIST. OF GA.

UNITED STATES OF AMERICA   )
)
)   CASE NO.: CR205-36
v.   )
)
)
EDMUND PENDLET POWELL   )

## ORDER

The captioned case is scheduled for jury selection and trial on November 7, 2005. There are Motions to Suppress Statements in this case which can not be resolved by that date. Accordingly, the trial of this case is continued until December 19, 2005.

**SO ORDERED**, this 1st day of November, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)