IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA )
)
) CASE NO.: CR205-36
v. )
)
)
EDMUND PENDLET POWELL )

## ORDER

A hearing on Defendant's pending motions was held in this case on October 31, 2005. In a notice filed prior to that hearing, counsel for Defendant indicated that all motions then filed by him had been resolved except for Defendant's Motion for Notice and Disclosure of Co-Conspirators' Hearsay Exceptions, Demand for Notice of Residual Hearsay Exceptions, Motion to Preserve Evidence, Motion for List of Government Witnesses, Motion for Disclosure of Exculpatory and Impeaching Information, Motion for Permission to File Certain Motions Following a Ruling on Defendant's Pending Discovery Motions, Motion to Suppress Defendant's Statements, and Motion in Limine to Exclude Other Act Evidence.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this ___15th___ day of November, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)