IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 205-36 |
| | ) | |
| EDMUND PENDLET POWELL | ) | |
| Defendant | ) | |

ORDER

Upon consideration of the motion for refund of bond and return of personal items, said motion is granted in part and dismissed as moot in part.

The Clerk of this Court is directed to refund the bond in the amount of $5,000 plus any and all accrued interest to Ella J. Powell, 233 West Spencer Street, Philadelphia, Pennsylvania 19120.

As to the request to have the defendant's coat and cell phone returned that was confiscated by law enforcement officer, the Court notes in the government's response that these items have already been returned to the defendant's motion and accordingly, this part of the motion is dismissed as moot.

SO ORDERED this 30 day of May, 2006.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA