IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA )
)
) CASE NO.: CR205-36
v. )
)
)
)
EDMUND PENDLET POWELL )

## ORDER

On December 16, 2005, Edmund Pendlet Powell entered a plea of guilty to Possession of Counterfeit Currency with intent to defraud. He was sentenced to serve a period of twelve (12) months in confinement, pay a fine in the amount of $3,000.00, pay a special assessment of $100.00, and complete 150 hours of community service during the first 18 months of supervision. His confinement will be followed by a period of three (3) years on supervised release. Stacey A. Carroll, an attorney in Brunswick, Georgia, was appointed to represent Powell in this proceeding.

Carroll has now submitted his claim for services and expenses. He seeks compensation in the total amount of $11,772.63. This includes $496.40 as "In Court Compensation," $10,641.40 as "Out of Court Compensation," and $634.83 in "Other Expenses." The Criminal Justice Act provides that the maximum amount

of compensation for services in this case is the sum of $7,000.00, unless the case involves extended or complex representation. 18 U.S.C. § 3006A(d)(2) and (3).

"In determining if an excess payment is warranted, the court should make a threshold determination as to whether the case is either extended or complex. If the legal or factual issues in a case are unusual, thus requiring the expenditure of more time, skill and effort by the lawyer than would normally be required in an average case, the case is 'complex.' If more time is reasonably required for total processing than the average case, including pre-trial and post-trial hearings, the case is 'extended'." Paragraph 2.22 B(3) of the Appointment of Counsel in Criminal Cases, Volume VII, Guide to Judiciary Policies and Procedures. "Counsel claiming compensation in excess of the statutory case limitation must submit with the voucher a detailed memorandum supporting and justifying counsel's claim that representation was provided in a complex or extended case and that the excess payment is necessary to provide fair compensation." Instructions for CJA Form 20, Item 22-29. A memorandum has been submitted by Mr. Carroll.

Upon review of the Court's file, it appears that this case should be classified as "extended and complex." There were two motions to suppress statements and seized evidence, each requiring hearings. Also, there were numerous objections involved in the application of the Federal Sentencing Guidelines that required research.

Accordingly, payment for services rendered by Carroll should not be limited to the statutory maximum of $7,000.00. Based upon the extended and complex nature of this case, the compensation for services requested by Carroll appears

2

reasonable. With regard to those expenses requested by Carroll they are reasonable and are hereby authorized.

Payment for "In Court" services is hereby set at $496.40, and payment for "Out of Court" services is hereby set at $10,641.40, for a total of $11,137.80, as payment for services rendered. The sum of $634.83 should be paid to Carroll as reimbursement of "Other Expenses." A total of $11,772.63 is approved.

**SO ORDERED**, this 15 day of June, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

IN RE:   USA v. EDMUND PENDLET POWELL

CASE NO.   CR205-36

FROM:   HONORABLE ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE

TO:   CHIEF JUDGE, ELEVENTH CIRCUIT, U.S. COURT OF APPEALS
c/o CIRCUIT EXECUTIVE

MEMORANDUM FOR CERTIFICATION OF CJA VOUCHER
OF APPOINTED ATTORNEY STACEY A. CARROLL FOR EXCESS
PAYMENT UNDER 18 U.S.C. § 3006A(d)(3)

I forward herewith the CJA voucher in the above captioned case. The amount claimed by counsel is beyond the statutory limits and ( __XX__ should be paid as requested) or ( _____ should be reduced) for the following reasons:

SEE ATTACHED ORDER.

The following additional information should be considered in determining appropriate compensation in this case:

_____

_____.

This case is _____ extended _____ complex __XXX__ extended and complex (ref. Guide to Judiciary Policies and Procedures, Vol. III, para 2.22 B)

Further the 10% reduction provisions of Gramm/Rudman/Hollings (___ do) (_XX_ do not) apply.

Accordingly, I recommend payment of the voucher in the amount of $11,772.63.

Judge, United States District Court